UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-1628-JST(MLGx)     Date: January 19, 2012
Title: Loretta Canfield v. Aramark Sports, LLC

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

     On November 3, 2011, the Court set a scheduling conference for January 30, 2012, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**" (Doc. 10 ¶ 1.) The parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" [as of 01/12, and ADR-12 Order/Referral to ADR] along with their Joint 26(f) Report. (*Id.* ¶ 1(k).) Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

     On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report, completed ADR-01 Form and ADR-12 Order. No later than **January 23, 2012, 12:00 p.m.**, counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and ADR-12 Order, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

                                                              Initials of Preparer: enm